IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

MARTIN PORTILLO,

    Petitioner,

v.      2:07-CV-0016

NATHANIEL QUARTERMAN, Director,
Texas Department of Criminal Justice,
Correctional Institutions Division,

    Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATION and SUPPLEMENTAL REPORT AND RECOMMENDATION, and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a writ of habeas corpus challenging a prison disciplinary case. The United States Magistrate Judge has issued a Report and Recommendation and a Supplemental Report and Recommendation in this cause, recommending therein that the petition for a writ of habeas corpus be denied. As of this date, no objections to the Report and Recommendation have been filed of record.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation and Supplemental Report and Recommendation are hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is hereby DENIED.

IT IS SO ORDERED.

ENTERED this _____ day of _____ 2009.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE