IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| MARTIN PORTILLO, | § | |
| Petitioner, | § | |
| v. | § | 2:07-CV-0016 |
| NATHANIEL QUARTERMAN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § | |
| Respondent. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY PETITIONER'S MOTION FOR AN EXTENSION OF TIME TO FILE NOTICE OF APPEAL

The United States Magistrate Judge has issued a Report and Recommendation in this cause, recommending therein that the motion for an extension of time to file a notice of appeal filed by petitioner MARTIN PORTILLO be denied. As of this date, no objections to the Report and Recommendation have been filed of record.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the motion for an extension of time to file a notice of appeal is hereby DENIED.

IT IS SO ORDERED.

ENTERED this 2nd day of October 2009.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE